IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMI LYNN JEREMIAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV-15-201-FHS-SPS |
| ) | |
| CAROLYN COLVIN, Acting ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

On August 31, 2016, the United States Magistrate Judge for this District filed a Report and Recommendation in this case. No objection was filed. As a result, this court will deem the Findings in the Report and Recommendation as confessed.

The Report and Recommendation found the decision by the defendant should be **AFFIRMED**. This Court finds the Report and Recommendation of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Commissioner's decision be sustained.

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Report and Recommendation of the United States Magistrate Judge be **SUSTAINED** and adopted by this Court as this Court's Findings and Order.

**IT IS SO ORDERED** this 20th day of September, 2016.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma